**CHARLES GRUVER III, P.A.**
724 Yorklyn Road
Suite 315
Hockessin, DE 19707
Telephone: (302) 239-3911
Facsimile: (302) 239-3980

Charles Gruver III



July 17, 2007

Chief Judge Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

RE: Margaret P. McConnell v. NEA Members Insurance Trust;
Prudential Insurance Company of America – C.A. No. 07-95 GMS

Dear Judge Sleet:

This action was initially filed in the Court of Common Pleas in New Castle County Delaware by this office on behalf of Plaintiff Margaret P. McConnell. The action was then transferred to the District Court at the bequest of the Defendants.

Soon after the matter was transferred, the parties reached a verbal agreement settling this matter and this was communicated to the Court. A release was ultimately negotiated and executed by my client conditioned upon it being held pending the payment of the agreed upon consideration for settlement.

Unfortunately, although the executed release was sent to the Defendants more than 5 weeks ago, we have not received the promised payment.

I am therefore asking the Court to schedule either a teleconference or an office conference with Your Honor to determine why this matter has not been resolved as represented to the Court.

Respectfully submitted,

Charles Gruver III

CG,III/vb
cc: Sheldon Rennie, Esq.
    Megan Harper, Esq.
    Clerk of the Court
#25-235

