IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGARET P. MCCONNELL,<br><br>                Plaintiff,<br>v.<br><br>NEA MEMBERS INSURANCE TRUST, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendants. | C.A. No.: 07-95<br><br>(On Removal from the Court of Common Pleas of the State of Delaware – New Castle County) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41, Plaintiff and Defendants hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby **CLOSED**.

**CHARLES GRUVER, III, P.A.**

_/s/ Charles Gruver (#433)_
Charles Gruver, III, Esquire (#433)
Suite 315
724 Yorklyn Road
Hockessin, DE 19707
(302) 239-3911
cgruverlaw@verizon.net
Attorney for Plaintiff

**FOX ROTHSCHILD, LLP**

_/s/ Sheldon K. Rennie (#3772)_
Sheldon K. Rennie, Esquire (#3772)
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware 19801
(302) 622-4209
srennie@foxrothschild.com
Attorneys for Defendant NEA Members Insurance Trust

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_/s/ Megan Harper (Del. #4103)_
Megan Harper, Esquire
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308
(215) 627-6900
Attorney for Defendant Prudential Insurance Company of America

Date: _____, 2007

**SO ORDERED:**

_____